**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 14-6340

———————————

KEITH WESLEY JOHNSON,

    Plaintiff - Appellant,

    v.

ST. MARY'S CORRECTIONAL CENTER; ADMIN. SERV. ASST. KAREN
TOWNSEND; WEXFORD HEALTH, INC.; LINDA PERKINS; WILLIAM FOX;
SHAWN STRAUGHN; UNIT MANAGER JACK STOLLINGS; MELINDA SIGLER,

    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:13-cv-00056-FPS-JES)

———————————

Submitted:  May 29, 2014              Decided:  June 3, 2014

———————————

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Keith Wesley Johnson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Wesley Johnson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on January 23, 2014. The notice of appeal was filed on March 4, 2014. Because Johnson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2